**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **MOLLY OLIVIA ECKMAN,** | : | **Case No. 26-11634-DJB** |
| **Debtor.** | : | |

**STIPULATION AND CONSENT ORDER**

THIS STIPULATION AND AGREED ORDER (the "Order") is made between Molly Olivia Eckman (the "Debtor") and P&I Insurance Services, LLC ("P&I"), by and through their respective undersigned counsel. In relation thereto, the Debtor and P&I (collectively referred to as the "Parties") stipulate and it is hereby Ordered as follows:

AND NOW, THEREFORE, the Parties hereto, intending to be legally bound, hereby STIPULATE, AGREE and request a COURT ORDER as follows:

1. The deadline for P&I to file a Complaint to determine the dischargeability of debts of the Debtor under Sections 1328 and 523 of the Bankruptcy Code having is hereby further extended pursuant to Bankruptcy Rule 4007 to December 22, 2026.

2. The Parties respectfully request Bankruptcy Court approval of this Stipulation and Consent Order.

**[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

By: /s/ *D. Alexander Barnes*
D. Alexander Barnes, Esquire
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3184
E-mail: alexander.barnes@obermayer.com
*Counsel to P&I Insurance Services, LLC*

Dated: 10/19/2026

**LAW OFFICES OF WILLIAM SCHROEDER, JR.**

By: /s/ *William D. Schroeder, Jr.*
William D. Schroeder, Jr., Esquire
920 Lenmar Drive
Blue Bell, PA 19422
Telephone: (215) 822-2728
Email: schroeder@jrlaw.org
*Counsel to Molly Olivia Eckman*

Dated: 10/19/2026

SO ORDERED this day of , 2026

________________________________________
Honorable Derek J. Baker
United States Bankruptcy Judge